IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

RICKY D. STARKEY,)
)
        Plaintiff,)
)
v.)   Case No. 12-3250-CV-S-ODS-SSA
)
CAROLYN W. COLVIN,)
Acting Commissioner of Social Security,)
)
        Defendant.)

ORDER GRANTING PLAINTIFF'S MOTION FOR APPLICATION FOR
ATTORNEY'S FEES UNDER EQUAL ACCESS TO JUSTICE ACT

     Plaintiff requests an award of fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, in the amount of $6,351.92, representing 38.40 hours of attorney work at $157.68 per hour and 3.50 hours of paralegal work at $75.00 per hour. In addition, Plaintiff requests reimbursement of expenses incurred in the amount of $34.50. Defendant has no objection. Accordingly, the Court awards Plaintiff $6,351.92 in attorney fees and expenses to be paid by the Social Security Administration. In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States.

IT IS SO ORDERED.

                                      /s/ Ortrie D. Smith
                                      ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 16, 2013         UNITED STATES DISTRICT COURT